IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CONNIE M. KEDROWSKI, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 5:22-CV-101-RWS-JBB |
| v. § | |
| § | |
| ASI LLOYDS, § | |
| § | |
| Defendant. § | |

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Docket No. 14. In the joint stipulation, the parties agree that the each and every count and claim asserted should be dismissed with prejudice. *Id.* The Court, having reviewed the joint stipulation finds that it should be **GRANTED**. It is therefore

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 9th day of February, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE